IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DOUGLAS McARTHUR and MARSHA McARTHUR | § § § |
| VS. | §   CIVIL ACTION NO. G-11-074 § |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a corporation | § § § |

## O R D E R

For the reasons given in open-court at a Hearing on the "Motion to Enforce Appraisal Award" of Defendant, Nationwide Mutual Fire Insurance Company (Nationwide), the Court **FINDS** that the agreed appraisal of the breach of contract claim of Plaintiffs, Douglas and Marsha McArthur, if it was appropriate at all, is not binding upon them, <u>Dwyer v. Fidelity National Property and Casualty Insurance Co.</u>, 565 F.3d 284, 286 (5th Cir. 2009), and it is, therefore,

**ORDERED** that Nationwide's opposed "Motion to Enforce Appraisal Award" (Instrument no. 16) is **DENIED**.

It is further **ORDERED** that the Parties **SHALL** complete all necessary discovery <u>by March 14, 2014</u>.

If the case remains on the docket at the close of discovery, the Court **WILL** set a prompt Scheduling Conference to discuss an appropriate trial date.

**DONE** at Galveston, Texas, this ____5th____ day of November, 2013.

_____
John R. Froeschner
United States Magistrate Judge